AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2025

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DON N. MARTIN, JR.,<br>*Plaintiff*<br>v.<br>JUDGE RODRIGUEZ-TRUE, COMMISSIONER WRIGHT E, and KARINA GOMEZ,<br>*Defendant* | Civil Action No. 1:25-CV-03132-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Complaint, ECF No. 1, is DISMISSED without prejudice.
Plaintiff's Motion for Preliminary Injunction, ECF No. 2, and Motion for Marshal Service, ECF No. 6, are DENIED as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke

Date: August 12, 2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore